UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-68M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| RONALD CLAUDE KETTELS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

<u>Offense charged</u>:     Escape

<u>Date of Detention Hearing</u>:   Initial Appearance, February 9, 2007

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant was a Bureau of Prisons resident at the Pioneer Fellowship House until February 6, 2007. He is charged with escape from that facility.

DETENTION ORDER                                           15.13
18 U.S.C. § 3142(i)                                       Rev. 1/91
PAGE 1

2. Because of his status as a pre-release resident of Pioneer Fellowship House confined by virtue of a judgment and commitment of the United States District Court for the Western District of Washington, defendant is not eligible for pre-trial release on these charges. Furthermore, defendant does not contest detention.

3. Defendant has a long criminal record and appears to have mental health issues.

4. Defendant poses a risk of nonappearance due to lack of background information, the nature of the instant charges, and possible mental health issues. He poses a risk of danger due to criminal history and possible mental health issues.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 9th day of February, 2007.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge